















JPP

3:01-CV-471 BILEZIKCHYAN V. ASHCROFT

*1*

*PCSO.*

Law Offices of
JAN JOSEPH BEJAR,
A Professional Law Corporation
1420 Kettner Boulevard, Suite 415
San Diego, CA 92101
(619) 239-5449

Jonathan D. Montag, Esq.
Cal. State Bar No. 174822
Attorney for Mr. Parnamaz Bilezikchyan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PARNAMAZ BILEZIKCHYAN ) Civil No. 01 CV 0471 BTM (LAB)
) 
         Petitioner, ) INS No. A28 612 946
)
     v. ) PETITION FOR WRIT OF HABEAS
) CORPUS
JOHN ASHCROFT, )
ATTORNEY GENERAL OF THE )
UNITED STATES )
)
ADELE FASANO, DISTRICT DIRECTOR, )
SAN DIEGO DISTRICT, UNITED STATES )
IMMIGRATION AND NATURALIZATION )
SERVICE )
)
         Respondents. )
_____)

Petitioner, Parnamaz Bilezikchyan, alleges that:

1. He was born on April 19, 1960, in Yerevan, Armenia. At the time Armenia was part of the Union of Soviet Socialist Republics. He came to the United States in 1987 with his father, mother, wife, brother, two sisters, and many aunts, uncles, and cousins. He became a lawful permanent resident of the United States with an entry date of September 14, 1987.

2. He was placed in removal proceedings in the year 2000 based on criminal convictions in 1994 for violating Cal. Penal Code § 211 twice, and Cal. Penal Code §§ 459 and 236/237. He was sentenced to state prison for a term of six year eight months. He used a

1

extra days removed because of continued good behavior.

8. Since he got to INS detention at the Correctional Corporation of America in Otay Mesa, California, he has had no disciplinary problems. There is a lot of fighting and disciplinary problems at CCA, but he has avoided all problems. He works as a window washer at the facility. Only those who are considered safe can work.

9. According to Mr. Bilezikchyan, life at CCA is much more difficult than in prison. There are no educational or rehabilitation programs at CCA. All daytime hours except one hour are spent confined to a day room. The one hour is outside in the yard. In most ways life is much worse at CCA than in prison. Even the food, medical care, and treatment by the staff are worse than in prison.

10. Mr. Bilezikchyan fully cooperated with the INS in trying to return to Armenia. Armenia does not accept that he is an Armenian citizen and will not issue him a travel document or passport.

11. The Immigration and Naturalization Service reviewed Mr. Belizikchyan's case to determine whether to release him. Despite submitting copious evidence of rehabilitation, family ties, remorse, community support, and job offers, the INS decided on February 28, 2001, not to release him because of the severity of his crimes.

12. The report in which this decision was made is signed by two "interviewing officers." No officer ever interviewed him to discuss the large packet of documents he submitted in asking for his release. He was not given an opportunity to personally

express his remorse or demonstrate his rehabilitation to anyone. He could not directly answer the concerns of the INS.

13. Mr. Belizikchyan has been held by the INS since November 15, 2000, after a final order of deportation, a period of four months, in excess of the ninety day removal period. It is abundantly clear that the United States cannot remove Mr. Belizikchyan from the country.

WHEREFORE, Mr. Belizikchyan prays that a Writ of Habeas Corpus shall be issued directed to respondents requiring them to show cause why Mr. Belizikchyan should not be released immediately from INS detention under reasonable supervisory release conditions.

DATED: March 16, 2001

Respectfully submitted,

Jonathan D. Montag, Esq.
For: JAN JOSEPH BEJAR
A Professional Law Corp.

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2001, I caused to be served a copy of the attached:

Petition for Writ of Habeas Corpus;
Memorandum of Points and Authorities in Support of Writ of Habeas Corpus;
Proposed Order

by delivering said copy by personal delivery to:

U.S. Department of Justice
Office of the U.S. Attorney
Southern District
Attn: Samuel W. Bettwy, Esq.
Special Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

and by first class mail, postage pre-paid to:

Ms. Adele Fasano, District Director
U.S. Immigration and Naturalization Service
880 Front Street
San Diego, CA 92101

and

Mr. John Ashcroft
Attorney General
Washington, D.C.  20530

Jonathan D. Montag, Esq.
For: JAN JOSEPH BEJAR
A Professional Law Corp.

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Parnamaz Bilezikchyan

## DEFENDANTS
John Ashcroft, Attorney General
Adele Fasano, District Director, USINS

FILED
'01 MAR 16 PM 1:36

01 CV 0471 BTM (LAB)

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: ___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Jonathan D. Montag
1420 Kettner Blvd. Suite 415
San Diego, CA 92101 (619)239-5449

ATTORNEYS (IF KNOWN)
Samuel W. Bettwy, Esq.
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 557-7119

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

[Nature of suit checkboxes — ☒ 440 Other Civil Rights; ☒ 540 Mandamus & Other]

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
8 USC Sec. 1231  8:1105a 9rr

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐
DEMAND $ ___
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
JUDGE ___  DOCKET NUMBER ___

DATE: 3/16/01
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY
RECEIPT # 06989  AMOUNT $150.00  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___